UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION M. VELASQUEZ and RISHMA ANOOP, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC, d/b/a ALLIED UNIVERSAL,<br><br>Defendant. | Case No.:  1:24-cv-04795-JLR |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT**

In support of its concurrently filed Motion for Partial Dismissal of Plaintiffs' Complaint, Defendant Universal Protection Service, LLC d/b/a/ Allied Universal Security Services ("Allied Universal"), by and through its undersigned attorneys, respectfully requests that this Court take judicial notice of the following pleadings in *Carlton, et al. v. Universal Protection Service, LP*, No. 8:24-cv-751, currently pending in the U.S. District Court for the Central District of California:

- The Original Complaint [Doc. 1], attached hereto as Exhibit 1;
- The Amended Complaint [Doc. 17], attached hereto as Exhibit 2; and
- The Order Granting Transfer of Venue [Doc. 63], attached hereto as Exhibit 3.

Judicial notice is proper under Federal Rule of Evidence 201 because the matters requesting to be judicially noticed are pleadings on file in a United States District Court and, as such, are not subject to reasonable dispute. Allied Universal is submitting these pleadings to demonstrate the fact that they were filed and what is stated within the four corners of the filings. *See HSA Residential Mortg. Servs. of Tex. v. Casuccio*, 350 F. Supp. 3d 352, 361 (E.D.N.Y. 2003) (citing *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) for the proposition that it is proper for a court to take judicial notice of the pleadings and filings in another lawsuit).

Dated this 9th day of September 2024.

Respectfully submitted,

/s/ Evan S. Weiss
Evan S. Weiss
Robin E. Largent (*pro hac vice* pending)
Robert D. Wilson III (admitted *pro hac vice*)
Martenson, Hasbrouck & Simon LLP
40 Exchange Place, Suite 1502
New York, NY 10005
Tel: (332) 345-2470
Email: rlargent@martensonlaw.com
          eweiss@martensonlaw.com
          rwilson@martensonlaw.com

*Attorneys for Defendant*
UNIVERSAL PROTECTION SERVICE, LLC D/B/A
ALLIED UNIVERSAL SECURITY SERVICES

Plaintiffs shall submit their position on Defendant's request for judicial notice by September 13, 2024.

Dated: September 10, 2024
         New York, New York

**SO ORDERED.**

*[signature: Jennifer Rochon]*

**JENNIFER L. ROCHON**
**United States District Judge**

2