UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION M. VELASQUEZ and RISHMA ANOOP, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,<br><br>       Plaintiffs,<br><br>   -against-<br><br>UNIVERSAL PROTECTION SERVICE, LLC, d/b/a ALLIED UNIVERSAL,<br><br>       Defendants. | 24-cv-04795 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This case shall be referred to mediation to the Court-annexed Mediation Program for cases involving claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*. Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith.

  The Court is in receipt of Defendant's motion to dismiss the Amended Complaint in part, Dkt. 23, which was filed in lieu of an answer. Dkt. 23. Nevertheless, the Court believes that the parties would benefit from early mediation. Accordingly, it is HEREBY ORDERED that Defendant's motion to dismiss the Amended Complaint in part shall be denied without prejudice and with leave to refile ten days after the completion of mediation. The time to otherwise respond to the Amended Complaint shall likewise be extended until ten days after the completion of mediation.

  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated: October 24, 2024
     New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge