UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZION M. VELASQUEZ and RISHMA ANOOP, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL PROTECTION SERVICE, LLC, d/b/a ALLIED UNIVERSAL,<br><br>Defendant. | **Case No.**: 1:24-cv-04795<br><br>~~[PROPOSED]~~<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant UNIVERSAL PROTECTION SERVICE, LLC d/b/a ALLIED UNIVERSAL ("Defendant"), having offered to allow Plaintiff ZION M. VELASQUEZ ("Plaintiff") to take a judgment against it, in the sum of Seven Thousand and Five Hundred Dollars and Zero Cents ($7,500), inclusive of attorney's fees, in respect of Plaintiff's FLSA claims, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 21, 2025 and filed as Exhibit A to Docket Number 53;

**WHEREAS**, on October 24, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 53);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ZION M. VELASQUEZ, in the sum of $7,500.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated October 21, 2025 and filed as Exhibit A to Docket Number 53.

**SO ORDERED:**

Dated: October 27, 2025           , 2025
      New York, New York

                                                                                          *Jennifer Rochon*
                                                                               Jennifer L. Rochon
                                                                                     U.S.D.J.